Robbins, Clarence V2-88714
P.O. Box 690
Soledad, CA 93960
South-7-73 up

Northern District of CA
Clerk of Court
United States District
Court, 450 Golden Gate Ave
Box, 36060, San Francisco, CA

$01.51
AUG 06 2008
MAILED FROM ZIPCODE 93960

RECEIVED
AUG [illegible] 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT [COURT]
NORTHERN DISTRICT OF CALIF[ORNIA]

Ms. Clarence V28874
690
P.O. Box 93960
-73up



Proy
RECEIVED
AUG 7 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern District of CA
Clerk of Court
United States District
Court, 450 Golden Gate, Ave
Box, 36060, San Francisco, CA
94102

8-05-08   C/O RBAEZ            C/O RB

LEGAL

LEGAL

JS 44 (Rev. 3/99)                                      CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** DOBBINS, Clarence V28874

**DEFENDANTS** CDC Sgt Cox · Soledad · CA Central

(b) County of Residence of First Listed Plaintiff  Soledad CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Per
Dobbins, Clarence

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | PERSONAL INJURY | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury— Med. Malpractice | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury — Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 330 Federal Employers' Liability | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
|  | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
|  | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | ☐ 380 Other Personal Property Damage | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS |
| ☐ 220 Foreclosure | ☐ 442 Employment | PRISONER PETITIONS | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 510 Motions to Vacate Sentence Habeas Corpus: |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☒ 530 General | ☐ 791 Empl. Ret. Inc Security Act | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 290 All Other Real Property |  | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition |  |  |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

14th Amendment Amendment Cruel Unusal Punishment 530

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** 500,000    CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 08 03 08    SIGNATURE OF ATTORNEY OF RECORD  x Clarence Dobbins

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

(ENTER BELOW THE FULL NAME
OF THE PLANTIFF IN THIS ACTION)

Dobbins Clarence V28874

V.

CDC Soledad CA Central
Sgt Cox

(ENTER ABOVE THE FULL NAME OF
THE DEFENDANT OR DEFENDANTS
IN THIS ACTION)

CASE NO. _____
(TO BE SUPPLIED BY THE
CLERK OF THE COURT)

CV 08  3857
Amended Complaint

E-filing

1. PREVIOUS LAWSUITS

   A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

   B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACES BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER USING THE SAME OUTLINE).

   1. PARTIES TO THIS PREVIOUS LAWSUIT:

      PLAINTIFFS: NA

      DEFENDANTS: NA

   2. COURT (IF FEDERAL COURT NAME THE DISTRICT; IF STATE COURT NAME THE OURT): NA

   3. DOCKET NUMBER: NA

   4. NAME OF JUDGE TO WHO CASE WAS ASSIGNED: _____

   5. DISPOSITION (FOR EXAMPLE: WAS IT DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?): NA

   6. APPROXIMATE DATE OF FILING LAWSUIT: NA

   7. APPROXIMATE DATE OF DISPOSITION: NA

II. PLACE OF PRESENT CONFINEMENT: _Soledad CA_

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THE STATE PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C. IF YOUR ANSWER IS YES,

1. WHAT STEPS DID YOU TAKE? _Filed Grevance on Assault on Me_

2. WHAT WAS THE RESULT? _Not Find out As to what Is up with It_

III. PARTIES

(IN ITEM A BELOW, PLACE YOUR NAME IN THE FIRST BLANK AND PLACE YOUR ADDRESS IN THE SECOND BLANK. DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY.)

A. NAME OF PLAINTIFF: _DOBBINS Clarence V28874_
ADDRESS: _Soledad CA P.O. Box 690 93960_

(IN ITEM B BELOW, PLACE THE FULL NAME OF THE DEFENDANT IN THE FIRST BLANK, THEIR OFFICIAL POSITION IN THE SECOND BLANK, AND THEIR PLACE OF EMPLOYMENT IN THE THIRD BLANK. USE ITEM C FOR THE NAMES, POSITIONS, AND PLACES OF EMPLOYMENT OF ANY ADDITIONAL DEFENDANTS.)

B. DEFENDANT _Sgt Cox_
IS EMPLOYED AS _Sgt At Soledad CA Central_
AT _Soledad P.O Box 690 93960_

C. ADDITIONAL DEFENDANTS _There were 1 other officer who was there For the Assault_
CDC. Officer Villareal Drove crazy Through me Around The van while Hand cuffed the Assault with Sgt Cox. As well

3

IV.  STATEMENT OF CLAIM

(STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE ALSO THE NAMES OF OTHER PERSONS INVOLVED, AND DATES AND PLACES. DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IF YOU INTEND TO ALLEGE A NUMBER OF RELATED CLAIMS, NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. ATTACH EXTRA SHEET(S) IF NECESSARY.)

I was asking for my property and Sgt Cox attacked me when I was siting on the bench he grab me twisted my sholder and arms behind my back put his knee in my back and bang me around me I was in pain I was yelling for help and crying for help he called me a wimp Sgt Hunter saw me crying afterwards from the pain Sgt Cox hurt me I did nothing to provoke this incedent this officer had me hystereal he humiliated me to make him self fel good he had no right to hurt me what so ever.

V.   RELIEF

(STATE **BRIEFLY** EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.)

To copmsate me for damages to my poin my neck and back hurt also my shoulder

Prayer for Releif

Damages to me
mentol ANgiksh
mentol stress
Montary compinstion

SIGNED THIS  08  03  DAY OF August 3         , 20 08

*Clarence Dobbins*
(SIGNATURE OF PLAINTIFF)

I DECLARE UNDER PENTALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

08 03 08
(DATE)

*Clarence Dobbins*
(SIGNATURE OF PLAINTIFF)

5