| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Dobbins Clarence V 28874 | FOR COURT USE ONLY **FILED** AUG 12 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| TELEPHONE NO.: FAX NO.: | |
| ATTORNEY FOR (Name): Dobbins Clarence V28874 | |
| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |
| STREET ADDRESS: P.O. Box 690 93960 | |
| MAILING ADDRESS: Same | |
| CITY AND ZIP CODE: Soledad CA 93960 | E-filing |
| PETITIONER/PLAINTIFF Dobbins Clarence V28874 | |
| RESPONDANT/DEFENDANT CDD Sgt Cox | CV 08 3857 |
| CHANGE OF ADDRESS NOTICE | CASE NUMBER |

NOTICE IS GIVEN of the following change of residence of:
1. Name: Dobbins Clarence V 28874  P.O Box 690

New address: Telephone number: Other contact number:
2. Name: 916 455 5947  Message Phone mother

New address: Telephone number: Other contact number:
3. Name:

New address: Telephone number: Other contact number:

NOTE: You must notify the court EVERY time there is a change of address.

I declare under penalty of perjury under Federal Statutes that the foregoing is true and correct.

Date: Dobbins Clarence
08 03 2008

(TYPE OR PRINT NAME)        *Clarence Dobbins*
                            (SIGNATURE OF GUARDIAN OR CONSERVATOR)

CHANGE OF ADDRESS NOTICE

8