**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARENCE DOBBINS,<br><br>            Plaintiff,<br><br>      v.<br><br>CORRECTIONAL SERGEANT COX,<br><br>            Defendant.<br>_____/ | No. C-08-3857 TEH (PR)<br><br><br><br>ORDER OF DISMISSAL |

This civil rights action by a prisoner was filed on August 12, 2008. The court notified Plaintiff in writing at that time that the action was deficient because Plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than seven months have elapsed since Plaintiff was

1  notified of his filing deficiency; however, Plaintiff has not
2  provided the court with the requisite items, or sought an extension
3  of time to do so.  The action is DISMISSED WITHOUT PREJUDICE.
4         The clerk shall close the file and terminate all pending
5  motions as moot.
6
7         IT IS SO ORDERED.
8
9  DATED    03/27/09
                                    THELTON E. HENDERSON
10                                  United States District Judge

26  G:\PRO-SE\TEH\CR.08\Dobbins-08-3857-dismissal.wpd

2